

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jose Alexander Carrera,

\* From the 358th District Court
of Ector County,
Trial Court No. D-18-2120-CR.

Vs. No. 11-22-00245-CR

\* May 16, 2024

The State of Texas,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.